IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>         Plaintiff,           )<br>                              )          8:07CR301<br>    vs.                       )<br>                              )          ORDER<br>FERMIN GONZALEZ,              )<br>                              )<br>         Defendant.            ) | |

This matter is before the court on the motion [14] of James C. Webering for leave to withdraw as counsel for the defendant.  Substitute counsel, James Beckmann, has entered an entry of appearance [12].

**IT IS ORDERED:**

1. The Motion to Withdraw [14] is granted, and the appearance of James C. Webering is hereby deemed withdrawn.

2. The provisions and deadlines set in the case progression order [8] remain in effect.

**DATED October 4, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**