IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,    )<br>                              )<br>vs.                           )<br>                              )<br>FERMIN GONZALEZ,              )<br>                              )<br>            Defendant.   ) | Case No. 8:07CR301<br><br>ORDER |

   This matter is before the court on the defendant's Motion for Release from Pretrial Detention (#21).  The motion is denied.  The defendant's motion contains no additional evidence or information that would cause the court to reconsider its September 13, 2007 Order of Detention Pending Trial (#10) or the court's October 18, 2007 Order (#17) denying the defendant's release from pretrial detention without a hearing.

   **IT IS ORDERED**, the defendant's Motion for Release from Pretrial Detention (#21) is denied without hearing.

   Dated this 29th day of November 2007.

                              BY THE COURT:

                              S/ F. A. Gossett
                              United States Magistrate Judge