IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR301 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| FERMIN GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |

    UPON THE ORAL MOTION OF THE DEFENDANT,

    IT IS ORDERED that the Change of Plea hearing is continued to **March 10, 2008** at **3:00 p.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

    For this defendant, the time between **March 3, 2008** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act. **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

    Since this is a criminal case, the defendant must be present, unless excused by the Court.

    DATED this 3rd day of March, 2008.

                                  BY THE COURT:

                                  s/ F.A. Gossett
                                  United States Magistrate Judge