IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FERMIN GONZALEZ, ) <br> ) <br> Defendant. ) | Case No. 8:07CR301 <br><br> ORDER |

    This matter is before the court on the defendant's Motion for Release from Detention (#40). The motion is denied. The defendant's motion contains no additional evidence or information that would cause the court to reconsider its September 13, 2007 Order of Detention Pending Trial (#10), the court's October 18, 2007 Order (#17) denying the defendant's release from pretrial detention, or the court's November 29, 2007 Order (#23) denying release.

    **IT IS ORDERED**:

    1. The defendant's Motion for Release from Detention (#40) is denied without hearing.

    2. Pursuant to NECrimR 57.2, a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" within ten (10) days after being served with the order. The party shall specifically state the order or portion thereof appealed from and the basis of the appeal. The appealing party shall file contemporaneously with the statement of appeal a brief setting forth the party's arguments that the magistrate judge's order *is clearly erroneous or contrary to law*. The filing of a statement of appeal does not automatically stay the magistrate judge's order pending appeal. *See* NECrimR 57.2(d).

    Dated this 25th day of March 2008.

                                          BY THE COURT:

                                          S/ F. A. Gossett
                                          United States Magistrate Judge